**No. D-2467. In the Matter of Disbarment of Montgomery Blair Sibley.**

560 U.S. 902, 130 S. Ct. 3317, 176 L. Ed. 2d 1214, 2010 U.S. LEXIS 4146.

May 17, 2010. Disbarment order entered.

Former order, 559 U.S. 1002, 130 S. Ct. 1947, 176 L. Ed 2d 2d 411, 2010 U.S. LEXIS 2535.